James SEAGO, Appellant,

v.

NORTH CAROLINA THEATRES, INC., Wilby-Kincey Service Corporation, Paramount Film Distributing Corporation, Metro-Goldwyn-Mayer, Inc., Twentieth Century-Fox Film Corporation, Universal Film Exchanges, Inc., Warner Bros. Pictures Distributing Corporation, United Artists Corporation, Allied Artists Southern Distribution Corporation, and Key Theatres, Inc., Appellees.

No. 11298.

United States Court of Appeals
Fourth Circuit.

Argued June 23, 1967.

Decided Sept. 25, 1967.

Certiorari Denied March 4, 1968.
See 88 S.Ct. 1039.

W. Bradley Ryan, Boston, Mass. (Guterman, Horvitz & Rubin, Boston, Mass., Franklin T. Dupree, Jr., and Dupree, Weaver, Horton, Cockman & Alvis, Raleigh, N. C., on brief), for appellant.

Fred B. Helms, Charlotte, N. C., and Charles F. Young, Washington, D. C. (James B. Lovelace, Highpoint, N. C., and Kenneth C. Royall, New York City, on brief), for appellees.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the District Court's opinion, 42 F.R.D. 627 (E.D.N.C.1967).

Affirmed.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

and

Cascade Employers Association, Inc.,
Intervenor,

v.

SALEM BUILDING TRADES COUNCIL,
AFL–CIO, Respondent.

No. 21888.

United States Court of Appeals
Ninth Circuit.

Jan. 22, 1968.

Glen Bendixsen (argued), Washington, D. C., Arnold Ordman, General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Dominick L. Manoli, Associate General Counsel, Gary Green, Attorney, N.L.R.B., Washington, D. C., Robert J. Wiener, Attorney, N.L.R.B., Portland, Or., for appellant.

Donald S. Richardson (argued), Portland, Or., John Haugh, Portland, Or., McCulloch, Dezendorf & Spears (intervenor), Portland, Or., for appellee.

Before JERTBERG and BROWNING, Circuit Judges, and BOLDT, District Judge.

PER CURIAM:

The petition of National Labor Relations Board, pursuant to Section 10(e) of the National Labor Relations Act, as amended, (29 U.S.C. § 151 et seq.), for a decree enforcing the order of the Board issued against the Salem Building Trades Council, AFL-CIO, on February 20, 1967, is granted for the reasons stated and the authorities cited in the Board's decision and order reported at 163 N.L.R.B. #9.